UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60238-CR-GAYLES(s)

UNITED STATES OF AMERICA

vs.

DEMAL CHEEKS,

    Defendant.
_____/

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice the superseding indictment against the defendant.

                            Respectfully submitted,

                            MARKENZY LAPOINTE
                            UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing dismissal.

DATE: October 2, 2023

                            DONALD L. GRAHAM
                            UNITED STATES DISTRICT JUDGE

cc:    AUSA Laurence Bardfeld
        Reginald Tony Moss, Esq.